```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 44798
   CLENTON J HENDRICKS
   BETTY JEAN HENDRICKS                         CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-2204      SSN XXX-XX-1238
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/06/04 and confirmed on 03/04/05.

2. The case was dismissed after confirmation, 06/29/2007.

3. The Debtor paid a total of $ 68608.32 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENLAR CENTRAL LOAN ADMI | CURRENT MORTG | 46683.21 | .00 | 46683.21 |
| CENLAR CENTRAL LOAN ADMI | MORTGAGE ARRE | 21468.26 | .00 | 5824.61 |
| FORD MOTOR CREDIT CO | SECURED | 4850.00 | 478.82 | 3240.91 |
| RESURGENT CAPITAL SERVIC | SECURED | 8225.00 | 1145.86 | 5433.59 |
| INTERNAL REVENUE SERVICE | PRIORITY | 12415.92 | .00 | .00 |
| ALARM ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1490.66 | .00 | .00 |
| B LINE LLC | UNSECURED | 1891.82 | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 15719.79 | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| THE ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 9.09 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9119.20 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 174.50 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1480.81 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1144.93 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 1498.47 | .00 | .00 |

```
MIDLAND CREDIT MGMT         UNSECURED        1354.85             .00             .00
     Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   81226.47    12415.92    33884.12         .00     127526.51
PRINCIPAL PAID       61182.32         .00         .00         .00      61182.32
INTEREST PAID         1624.68         .00         .00         .00       1624.68
TOTAL PAID           62807.00         .00         .00         .00      62807.00
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $    2715.54 .

Refunds to the Debtor totaled $     385.78 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/16/07                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
   CASE NO. 04 B 44798 CLENTON J HENDRICKS & BETTY JEAN HENDRICKS